```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RICHARD J. BENDER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```



FILED
JUN 11 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 2511 CONNIE DRIVE, #200, SACRAMENTO, CA. | S.W. NO. 2:12-SW-302 DAD<br><br>REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT; ORDER |

The search warrant in the above-captioned proceeding was executed on June 11, 2012. As a result, there is no need for the search warrant or search warrant affidavit to remain under seal. Accordingly, the United States asks that the Court order that the search warrant and search warrant affidavit be unsealed.

```
                              BENJAMIN B. WAGNER
                              United States Attorney

Date: 6/11/12                 /s/ Richard J. Bender
                              By: RICHARD J. BENDER
                              Assistant United States Attorney
```

**O-R-D-E-R**

It is so ORDERED,
this 11th day of June, 2012

_____
DALE A. DROZD
U.S. Magistrate Judge

1